THE STATE, DEFENDANT IN ERROR, v. WILLIAM CONK-
LIN, PLAINTIFF IN ERROR.

Submitted November 16, 1909—Decided January 7, 1910.

On error to the Supreme Court.

For the plaintiff in error, *Thomas P. Fay.*

For the defendant in error, *John S. Applegate, Jr.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, with costs, there being no error disclosed in the record or proceedings.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BO-GERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON, JJ. 14.

*For reversal*—None.